IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 18 2014

JEFFREY P. COLWELL
CLERK

Civil Action No. 14-cv-01255-WYD

UNITED STATES OF AMERICA,

    Petitioner,

v.

WILLIAM S. REDIESS,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summonses ("Petition") and the accompanying exhibits, this Court finds as follows:

1.    On November 6, 2013, the Internal Revenue Service issued summonses to Respondent William Rediess ("Respondent").

2.    The Internal Revenue Service summonses were issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the calendar years ending December 31, 2008, December 31, 2009, December 31, 2010, December 31, 2011, and December 31, 2012; and to determine the collectability of taxes for Respondent for the calendar years ending December 31 2006 and December 31, 2007.

3.    The above-listed tax periods were specified in the Internal Revenue Service summonses served on Respondent.

4. The testimony, records, and documents demanded by the Internal Revenue Service summonses are not in the possession of the Internal Revenue Service.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summonses have been met.

6. As indicated in the Affidavit of Service (Doc. 6), Respondent was served on May 21, 2014 with: (1) the Order to Show Cause (Doc. 5) issued by the Court on May 14, 2014, and (2) a copy of the Petition (Doc. 1) with exhibits.

7. As of this date, Respondent has failed to comply with the IRS summonses.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summonses.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the Internal Revenue Service summonses served upon him by appearing at the Internal Revenue Service office at 10225 Westmoor Drive, Suite 200, Westminster, CO 80021, before Revenue Officer John Donohue, telephone number (720) 956-4734 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than September 2, 2014, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the Internal Revenue Service summonses.

IT IS FURTHER ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned.

IT IS FURTHER ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.

Dated this 18th day of June, 2014.

BY THE COURT:

UNITED STATES DISTRICT JUDGE