IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01255-WYD

UNITED STATES OF AMERICA,

     Petitioner,

v.

WILLIAM S. REDIESS,

     Respondent.

---

## FINAL JUDGMENT

---

     Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Enforcement Order, filed on June 18, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

     ORDERED that judgment is hereby entered in favor of Petitioner, United States of America, and against Defendant, William S. Rediess, on Petition to Enforce Internal Revenue Service Summonses.  It is further

     ORDERED that Respondent shall comply with and obey the Internal Revenue Service summonses served upon him by appearing at the Internal Revenue Service office at 10225 Westmoor Drive, Suite 200, Westminster, CO 80021,  before Revenue Officer John Donohue, telephone number (720) 956-4734 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than September 2, 2014, to give testimony and to produce for examination and copying

the records, documents, and other data demanded by the Internal Revenue Service summonses.  It is further

ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned.  It is further

ORDERED that Plaintiff shall have by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 19th day of June, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk